# United States District Court, Northern District of Illinois

**03CR0444**

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 CR 423 | **DATE** | 4/22/2003 |
| **CASE TITLE** | USA vs. David B. Goldstein | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due _____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Initial appearance and removal proceedings held. Defendant appears in response to arrest on 04/22/03. Defendant informed of his rights. Enter order appointing Federal Defender Sergio Rodriguez as counsel for defendant. Defendant waives his right an identity hearing. Defendant ordered removed to the Eastern District of Wisconsin. Agreed own recognizance bond with conditions set for $25,000.00.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | | |
|---|---|---|---|---|
| ✓ | No notices required, advised in open court. | | USM number of notices | Document Number |
| | No notices required. | | | |
| | Notices mailed by judge's staff. | | APR 29 2003 date docketed | |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | | docketing deputy initials | 2 |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | | |
| | JJK courtroom deputy's initials | Date/time received in central Clerk's Office | date mailed notice | |
| | | | mailing deputy initials | |

# United States District Court
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**03CR0444**

~~03-CR-423~~

UNITED STATES OF AMERICA )
)
vs. ) NO. ~~03~~
David B. Goldstein )
) APR 22 2003
)
) MAGISTRATE JUDGE SIDNEY I. SCHENKIER
) UNITED STATES DISTRICT COURT

### ORDER APPOINTING COUNSEL
### For Initial Appearance

DOCKETED APR 29 2003

The above-named defendant has testified under oath or has filed with the court an **Affidavit of Financial Status** and thereby satisfied this court that he or she is **financially unable to employ counsel.**

Accordingly, the **FEDERAL DEFENDER PROGRAM is hereby appointed to represent** this defendant in the above designated case unless relieved by an order of **this court or by order** of the court of appeals.

DATE: 04-22-03

ENTER:

_[signature]_

Signature of U.S. District Court Judge,
Magistrate Judge (or Clerk or Deputy
Clerk by order of the Court)